1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKECHERS U.S.A., INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JILL A. PENN, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-09549 AH(JCx)<br><br>**ORDER RE: STIPULATED PERMANENT INJUNCTION AND DISMISSAL OF ACTION WITH PREJUDICE  [19]  [JS-6]** |

The Court, having considered Plaintiff Skechers U.S.A., Inc. ("Skechers") and Defendant Jill A. Penn's ("Penn") Stipulation for Entry of Permanent Injunction and Dismissal of Action (the "Stipulation"), and good cause appearing therefor, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

    1.    Penn, as well as her representatives, agents, employees, servants, or any other persons acting for or in concert with her, are hereby and hereafter permanently restrained and enjoined from directly or indirectly:

        a.    divulging, disclosing, or communicating to any person or entity Skechers' Trade Secrets and Proprietary Information, as those capitalized

terms are defined in the parties' January 12, 2023 Severance Agreement and General Release (the "Severance Agreement") without the prior express written consent of Skechers or unless compelled to do so by applicable law;

  b. using for Penn's own benefit, or for the benefit of any person or entity other than Skechers, any information concerning any Trade Secret or Proprietary Information without the prior express written consent of Skechers;

  c. misrepresenting her title, experience, or knowledge of Skechers and its business practices, including but not limited to misrepresenting that she was ever a vice president and/or that she was offered a raise or promotion to return to the company; and

  d. committing any other acts in breach of Penn's obligations under the Severance Agreement, which include her ongoing fiduciary duty to safeguard and protect Skechers' Trade Secrets and Proprietary Information from disclosure.

  2. The Court retains continuing jurisdiction over Skechers and Penn for purposes of resolving any disputes that may arise in the future regarding compliance with the Stipulation and/or this Stipulated Permanent Injunction (the "Stipulated Injunction"), and for purposes of issuing such further orders and directives as may be necessary and appropriate for the interpretation, modification, and enforcement of this Stipulated Injunction.

  3. Except as provided herein, all remaining claims asserted by Skechers against Penn are hereby dismissed with prejudice, with each party to bear its or her own attorneys' fees and costs.

Dated: MARCH 31, 2025

_____
Hon. Anne Hwang
United States District Judge

2